UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MITCHELL WINE**
*101 Newnata Cutoff*
*Mountain View, Arkansas 72560*                              **PLAINTIFF**

       VS.         CIVIL ACTION NO.: 23-cv-00158-JEB (sealed)

**U.S. DEPARTMENT OF THE INTERIOR** *and*
    *Supervisor Chris Davidson in His Personal and Professional Capacities*
*1849 C. Street, N.W.*
*Washington, D.C.  20240*

**U.S. DEPARTMENT OF HOMELAND SECURITY** *and*
    *Officer Adrian Henry in His Personal and Professional Capacities*
*Office of the Executive Secretary, MS 0525*
*2707 Martin Luther King Jr Ave SE*
*Washington, D.C. 20528-0525*

**STATE OF ARKANSAS** *and*
    *Officer John Crisman in His Personal and Professional Capacities*
*State Capitol, Room 250*
*Little Rock, Arkansas 72201*                              **DEFENDANTS**

### PLAINTIFF'S RULE 60 MOTION TO VACATE JUDGMENT AND REOPEN PROCEEDING

Plaintiff filed a complaint in this matter in January 2023, but was incarcerated by the state of Arkansas in county jail and a state penitentiary between February 25, 2023, and January 4, 2024, with a two-week interruption in incarceration during April 2023. The state of Arkansas placed Plaintiff under incarceration to prevent the instant lawsuit from being prosecuted, upon information and belief. Plaintiff seeks relief from this court to reopen the underlying case and does further aver:

1.     Plaintiff was unable to secure electronic notification rights from this court due to the case being filed under seal as deemed appropriate by the court.



**RECEIVED**
1/10/2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2.    Plaintiff received the following assurances from court staff via email on April 14, 2023:

"Good Afternoon,

I spoke with the case administrator and you will not be able to file electronically or receive email notices electronically via ECF as the case is sealed. You will have to make filings in paper and be notified outside of CM/ECF NEFs. When an Order is entered, I will continue to send via USPS mail. Since your phone number is listed, I will call you when an Order is entered and it will be sent to you via mail.

Nicole Bell-Norwood
Courtroom Deputy to the Honorable Chief Judge James E. Boasberg
United States District Court for the District of Columbia
333 Constitution Ave. NW, Washington, DC 20001
(202-)354-3144
Nicole_Bell-Norwood@dcd.uscourts.gov"

3.    Through inadvertence or mistake, phone records indicate court staff did not call Plaintiff via phone to notify him about court Orders entered on May 23, 2023, or June 16, 2023, regarding lack of service upon the government.

4.    No deliveries were made via postal mail regarding the aforementioned Orders and none would have reached Plaintiff even if sent due to the unlawful incarceration undertaken by the state of Arkansas described herein.

5.    Plaintiff is admittedly vexed by how he should receive timely and guaranteed notice of court filings in this matter given he is prevented by the court while acting *pro se* from accessing the case electronically while it is under seal.

6.    Plaintiff points out to the court that it was not mere incarceration that prevented his response to this court's Orders, but rather unlawful incarceration by state Defendants that was tied directly to the facts alleged in this matter.

7.    Plaintiff also avers service of this court's Orders were not served upon him, through what appears to be inadvertence or mistake and thus he was not able to respond accordingly and perfect service upon the federal government to move the proceeding forward.

8.  Plaintiff requests the original Order from this court to dismiss the case without prejudice be vacated and that he be allowed to resume prosecution of the case and to perfect service upon the government as deemed appropriate by this court.

9.  Wherefore, the aforementioned facts are true and correct and time is of the essence in this matter, Plaintiff prays for all relief sought herein and all other relief available from this tribunal.

Respectfully submitted,

*Mitchell Wine*

Mitchell Wine
101 Newnata Cutoff
Mountain View, Arkansas 72560
501-350-7663
mitchwine@hotmail.com

## CERTIFICATE OF SERVICE

This filing was transmitted to the court via email on January 10, 2024, and will be served to appropriate parties of record when uploaded to the court's electronic filing system.