UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MITCHELL WINE,

    Plaintiff,

        v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

    Defendants.

Civil Action No. 23-158 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant Crisman's [23] and Federal Defendants' [27] Motions to Dismiss are GRANTED;

2. All claims against the State of Arkansas are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction; and

3. The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: July 17, 2024

1